# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3036
_____

Brittany Alexandra
Enfinger,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

March 6, 2026

Per Curiam.

    Affirmed.

Rowe, Ray, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.